# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00001-CR

**Esther McCord, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. 617,100, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Following a hearing ordered by this Court, the trial court has found that Esther McCord no longer desires to prosecute this appeal. Tex. R. App. P. 38.8(b). The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed

Filed: January 15, 2004

Do Not Publish